UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE NEWMAN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-0016 |
| v. | : | (JUDGE MANNION) |
| ANDREW M. SAUL, | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 18)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying her claim for SSI, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **VACATED**;

**(3)** the Commissioner's objections to the report, **(Doc. 19)**, are **OVERRULED**;

**(4)** this case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Mehalchick's report; and

(5) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 21, 2020**

19-0016-01-ORDER.wpd